Decided November 8, 2000

---

### WALTER J. LEWIS *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF CLINTON

The plaintiff's petition for certification for appeal from the Appellate Court (AC 20793) is denied.

KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Norman J. Voog*, in support of the petition.

*Gregory T. D'Auria*, assistant attorney general, *Dean M. Cordiano* and *Joseph L. Hammer*, in opposition.

Decided November 8, 2000